Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 09−80884

IN THE MATTER OF:
Johnny Roy Bush     xxx−xx−1115
Madaliene LaBorde Bush     xxx−xx−4205
aka Marie Bush
aka Madeliene LaBorde Bush
4710 Rollingwood Drive
Durham, NC 27713

   Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom − Venable Center, Dibrell Building − Suite 280, 302 East Pettigrew Street, Durham, NC 27701

on 10/22/09 at 09:30 AM

to consider and act upon the following:

Motion to Reopen Case (Chapter 7) and Set Aside Discharge in Order to File a Reaffirmation Agreement. Filed by Debtor Johnny Roy Bush, Joint Debtor Madaliene LaBorde Bush by and through counsel John T. Orcutt.


Dated: 9/28/09                                                                                           OFFICE OF THE CLERK/ tls


To Enter a Federal Court Facility you must present **a valid State or Federal photo ID,** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.